UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.: 1:26-cv-00382-JRS-MG |
| vs. | ) ) | |
| HARDEE'S FOOD SYSTEMS LLC, a North Carolina Limited Liability Company, | ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice.

Date: April 28, 2026

Respectfully submitted,

By:     *Louis I. Mussman*           .
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Blvd, Suite 362
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@KuMussman.com

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and a true and correct copy will be mailed to the following:

Vicki Blancett
Risk & HR Manager
500 E. SH 114 #300
Southlake, TX 76092
vblancett@falconholdings.com


By:     *Louis I. Mussman*           .
        Louis I. Mussman, Esq.