Acknowledged. Case dismissed with prejudice.

JRS, CJ, 4/29/2026.

Distribution to all counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DENNIS TOOLEY,                                    )
an individual,                                    )
                                                  )          CASE NO.: 1:26-cv-00382-JRS-MG
                Plaintiff,                        )
vs.                                               )
                                                  )
HARDEE'S FOOD SYSTEMS LLC,                        )
a North Carolina Limited Liability Company,       )
                                                  )
                Defendant.                        )
_____         )

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice.

Date: April 28, 2026

                               Respectfully submitted,

          By:     *Louis I. Mussman*          .
                  Louis I. Mussman, Esq.
                  Bar No. 597155
                  Ku & Mussman, P.A.
                  18501 Pines Blvd, Suite 362
                  Pembroke Pines, FL 33029
                  Tel: (305) 891-1322
                  Fax: (954) 686-3976
                  Louis@KuMussman.com

                  Eric C. Bohnet, Esq.
                  Attorney No. 24761-84
                  Attorney at Law
                  6617 Southern Cross Drive
                  Indianapolis, Indiana 46237
                  Tel: (317) 750-8503
                  ebohnet@gmail.com

1